**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **RAMJI KAKA INC,** *doing business as* JOLLY INN**,** | : : : | |
| **Plaintiff,** | : | **CASE NO:** |
| **v.** | : | **7:25-cv-176–WLS** |
| **KINSALE INSURANCE COMPANY,** | : : | |
| **Defendant.** | : : | |

_____

### ORDER

Before the Court is a Notice of Settlement (Doc. 12), filed on May 18, 2026. Therein, the Parties inform the Court that a settlement has been reached in the above-captioned action. The Parties further state that they are in the process of completing the necessary settlement documents and anticipate that the settlement will be finalized within thirty days, upon which time a dismissal will be filed.

For good cause, the Parties' Notice of Settlement (Doc. 12) is acknowledged and noted. To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file a stipulation or other documentation of dismissal of all claims **within thirty (30) days** of the entry of this Order, or **by no later than Friday, June 19, 2026**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

Additionally, in light of the Parties' settlement and the anticipated dismissal of this action, Defendant Kinsale Insurance Company's Motion to Dismiss (Doc. 2) is **DENIED**, without prejudice, as moot.

**SO ORDERED**, this 20th day of May 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**