**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **RAMJI KAKA INC., DBA JOLLY INN,** **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.:** 7:25-CV-176 |
| **KINSALE INSURANCE COMPANY, a foreign corporation,** **Defendant.** | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Ramji Kaka Inc., d/b/a Jolly Inn, and Defendant Kinsale Insurance Company, through their undersigned counsel, hereby stipulate that this action, including all claims asserted herein, is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

This 20th day of August, 2026

*/s/D. Bruce Janzen, Jr.*
D. BRUCE JANZEN, JR.
Georgia Bar No. 245474
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, GA 30075
bruce@lawhuggins.com

*Attorney for Plaintiff*

SWIFT CURRIE, MCGHEE & HIERS

By: */s/M. Brandon Howard*
M. Brandon Howard
Georgia Bar No. 550524
Laura N. Gable
Georgia Bar No. 208961
*(signed with express permission)*
Attorneys for Defendant
brandon.howard@swiftcurrie.com
laura.gable@swiftcurrie.com

1420 Peachtree Street NE
Suite 800
Atlanta, GA 30309
Phone: (404) 874-8800

SO ORDERED this 21st day of August, 2026.

W. Louis Sands

W. Louis Sands, Sr. Judge
United States District Court